ORIGINAL

**FILED** OCT 2 5 2007
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

# United States District Court

District of Columbia

**CASE TITLE**
MICHAEL ANTONELLI
v
UNITED STATES PAROLE COMMISSION

**DOCKET NO.**

**MAGISTRATE CASE NO.** 07 1932

I, __MICHAEL ANTONELLI__ *(print your full name)*, declare that I am the *(check appropriate box)*

- ☒ petitioner/plaintiff
- ☐ respondent/defendant
- ☐ movant (filing 28 U.S.C. § 2255 motion)
- ☐ _____ (other)

in the above-entitled proceeding; that, in support of my request to proceed without being required to prepay fees, cost or give security therefor, I state that because of my poverty, I am unable to pay the costs of said proceeding or give security therefor; that I believe I am entitled to relief. The nature of my action, defense, or other proceeding or the issues I intend to present on appeal are briefly stated as follows:

Violations of the Freedom of Information Act.

In further support of this application, I answer the following questions:

1. Are you presently employed? ☒ Yes ☐ No
   (a) If the answer is "yes," state the amount of your salary or wages per month, and give the name and address of your employer. *(list both gross and net salary)*
   
   UNICOR, Federal Prison Industries @ FCI Manchester
   My Base Pay is $111.00/month.

   (b) If the answer is "no," state the date of last employment and the amount of the salary and wages per month which you received.
   N/A

2. Have you received within the past twelve months any money from any of the following sources?

   (a) Business, profession or other form of employment?  ☐ Yes ☒ No
   (b) Rent payments, interest or dividends?  ☐ Yes ☒ No
   (c) Pension, annuities or life insurance payments?  ☐ Yes ☒ No
   (d) Gifts or inheritances?  ☒ Yes ☐ No
   (e) Any other sources?  ☒ Yes ☐ No

RECEIVED OCT - 4 2007 NANCY MAYER WHITTINGTON, CLERK U.S. DISTRICT COURT

*(continued on reverse side)*

received from each during the past twelve months:  I have received several gifts and donations from friends, relatives and ex-employers in order to help pay my litigation fees.  Cannot recall exact dates, names and amounts.

3. Do you own any cash, or do you have money in checking or savings account?
   Yes ☐    ☒ No  *(include any funds in prison accounts)*
   I the answer is "yes," state the total value of the items owned.

4. Do you own any real estate, stocks, bonds, notes, automobiles or other valuable property *(excluding ordinary household furnishings and clothing)*?
   Yes ☒    ☐ No
   If the answer is "yes" describe the property and state its approximate value.

A Mobile Home worth approx. $2500.00, if that.

5. List the persons who are dependant upon you for support, state your relationship to those persons, and indicate how much you contribute toward their support.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  September 30, 2007           X  _____
             (date)                              (signature of applicant)

---

Michael Antonelli            **CERTIFICATE**
No. 04053-164
                             *(Prisoner Accounts Only)*

I *CERTIFY* that the applicant herein has the sum of $ __235.20__
on account to his credit at the  FCI Manchester
institution where he is confined.  I further certify that the applicant likewise has the following
securities to his credit according to the records of said institution: FCI Manchester, KY

_____
RL Hall, CC
(Authorized Officer of Institution)

---

## ORDER OF COURT

| The application is denied | The application is hereby granted. Let the applicant proceed without prepayment of cost or fees or the necessity of giving security therefor. |
|---|---|
| _____  _____ <br> United States Judge  Date | _____  _____ <br> United States Judge  Date <br> or Magistrate |

USP Lompoc LRC 1994