UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MICHAEL C. ANTONELLI,<br>No. 040053-164<br>Federal Correctional Institution<br>Box 4000<br>Manchester, Kentucky 40962<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>UNITED STATES<br>PAROLE COMMISSION,<br>5550 Friendship Blvd<br>Chevy Chase, Maryland 20815<br><br>　　　　　　Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)  Civil Action No. 07-1932 (CKK)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

**NOTICE OF APPEARANCE**

　　The Clerk of the Court will please enter the appearance of Assistant United States Attorney John G. Interrante as counsel for defendant in the above-captioned case.

　　　　　　　　　　　　　　　　　____/s/_____
　　　　　　　　　　　　　　　　　JOHN G. INTERRANTE
　　　　　　　　　　　　　　　　　PA Bar # 61373
　　　　　　　　　　　　　　　　　Assistant United States Attorney
　　　　　　　　　　　　　　　　　Civil Division
　　　　　　　　　　　　　　　　　555 4th Street, N.W.
　　　　　　　　　　　　　　　　　Washington, D.C. 20530
　　　　　　　　　　　　　　　　　(202) 514-7220
　　　　　　　　　　　　　　　　　(202) 514-8780 (fax)
　　　　　　　　　　　　　　　　　John.Interrante@usdoj.gov

## **CERTIFICATE OF SERVICE**

      I hereby certify that a copy of the foregoing was served by First-Class mail, postage prepaid to:

MICHAEL C. ANTONELLI,
No. 040053-164
Federal Correctional Institution
Box 4000
Manchester, Kentucky 40962

on this _____ day of November, 2007.

                        \_\_\_\_/s/_____
                        JOHN G. INTERRANTE
                        Assistant United States Attorney
                        Civil Division
                        555 4th Street, N.W.
                        Washington, D.C. 20530
                        (202) 514-7220
                        (202) 514-8780 (fax)
                        John.Interrante@usdoj.gov