**RECEIVED**

NOV 2 3 2007

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

Clerk of Court
United States District Court
333 Constitution Ave., NW
Washington, D. C. 20001

November 19, 2007

RE: Michael Antonelli v. United States Parole Commission, Case No. 07-1932 (CKK)

Dear Clerk:

My attorney Barry Pechter has paid the filing fee in this case in full.

Please notify the Bureau of Prisons and tell them not to take any money off my account because the fee has been paid in full.

Please also send me a receipt.

THANK YOU.

Sincerely,

*[signature: Michael Antonelli]*

Michael Antonelli
04053-164
Federal Correctional Institution
Box 4000
Manchester, Kentucky 40962

cc : file