UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

RECEIVED
NOV 3 0 2007
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

MICHAEL ANTONELLI,           )
                             )
            Plaintiff,       )
                             )
        v                    )    CASE No. 07-1932 (CKK)
                             )
U.S. PAROLE COMMISSION,      )
                             )
            Defendant.       )

## MOTION FOR RETURN OF $350 THAT HAS BEEN PAID TWICE

NOW COMES, Plaintiff, MICHAEL ANTONELLI, Pro Se, and respectfully asks for an order to the Clerk to return $350 to plaintiff because the filing fee in this cause has been paid twice. In support, he states:

1) After plaintiff received a case number from this Court, an ex-employer of plaintiff, Attorney Barry Pechter, paid the entire fee in this cause by mail.

2) The BOP staff, in defiance of the Court Order to only collect a partial filing fee of $91.00 instead then took the entire $350 off of plaintiff's prison account, in thwart to the order of this court.

3) Plaintiff asks that his $350 be immediately returned to him by the clerk, and that the warden at FCI Manchester, KY be found in contempt of court.

WHEREFORE, Plaintiff prays for return of the $350 paid twice.

Respectfully Submitted this 27th day of November, 2007.

By _____
MICHAEL ANTONELLI, Pro se
No. 04053-164
Federal Correctional Institution
Box 4000
Manchester, Kentucky 40962

## CERTIFICATE OF SERVICE

I, MICHAEL ANTONELLI, after having been duly sworn and under oath, hereby depose and state that on this day I mailed a copy of this motion to the USA @ 555 4th St, NW, in Washington, D.C. 20530.

Executed this 27th day of November, 2007.

By _____
Michael Antonelli, Affiant

(28 USC Section 1746)