UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| Michael C. Antonelli, | : | |
| | : | |
| Plaintiff, | : | |
| v. | : | Civil Action No. 07-1932 (CKK) |
| | : | |
| United States Parole Commission, | : | |
| | : | |
| Defendant. | : | |

ORDER

Plaintiff, a Bureau of Prisons inmate at the Federal Correctional Institution in Manchester, Kentucky, seeks a refund of $350 based on the alleged duplicate payment of the filing fee for this civil action. Indeed, filing fee receipt number 4616008270 was entered on the docket on November 16, 2007, and filing fee receipt number 4616008663 was entered on December 10, 2007, each reflecting a payment of $350. Accordingly, it is

ORDERED that plaintiff's Motion for Return of $350 That Has Been Paid Twice [Dkt. No. 11] is GRANTED, subject to verification; and it is

FURTHER ORDERED that the Clerk shall verify whether plaintiff is due a refund of $350 and, if so, immediately issue said refund to plaintiff's inmate trust fund account.

SO ORDERED.

_____s/s_____
COLLEEN KOLLAR-KOTELLY
United States District Judge

Date: December 28, 2007