UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| MICHAEL C. ANTONELLI,          ) | |
| ) | |
| Plaintiff,          ) | |
| ) | |
| v.          ) | Civil Action No. 07-1932 (CKK) |
| ) | |
| UNITED STATES          ) | |
| PAROLE COMMISSION,          ) | |
| ) | |
| Defendant.          ) | |

**DEFENDANT'S THIRD MOTION FOR EXTENSION OF TIME TO ANSWER
OR OTHERWISE RESPOND TO THE COMPLAINT AND SECOND MOTION FOR
EXTENSION OF TIME TO RESPOND TO PLAINTIFF'S MOTION
FOR PARTIAL SUMMARY JUDGMENT**

Defendant, United States Parole Commission, respectfully requests an extension of time of 30 days to, and including, March 31, 2008, in which to file an answer or otherwise respond to the complaint (Document 1), filed on October 25, 2007, which arises under the Freedom of Information Act ("FOIA"), 5 U.S.C. § 552, as amended. Because this is a FOIA case, defendant expects to file a motion for summary judgment because no responsive non-exempt documents have been improperly withheld. Defendant further requests a similar extension of time to respond to plaintiff's motion for partial summary judgment (Document 12), which was filed on December 4, 2007, and alleges that plaintiff has received no documents in response to his two FOIA requests. Defendant disagrees with this allegation, but, as discussed below, requires an extension of time to allow for the completion of the processing of documents contained in the USPC files that were referred to three originating agencies.

This is defendant's third request for an enlargement of time to respond to the complaint and the second request for an enlargement of time to respond to the motion for partial summary judgment. Defendant's response is due on February 28, 2008, by Order of this Court dated January 8, 2008. Because plaintiff is incarcerated and proceeding pro se, we have not endeavored to ascertain plaintiff's position with respect to this motion, as LCvR 7(m) is inapplicable in this case. Defendant relies on the following points and authorities in support of this motion:

1.  Plaintiff's complaint and motion for partial summary judgment challenges defendant's response to two FOIA requests for first-party records in the possession of the USPC. The first request asked for all documents relating to plaintiff that have been in the possession of the USPC since 1978 (see Compl., Count I, ¶ 7). Plaintiff acknowledged that he had previously obtained copies of many of these documents, but alleged that his copies "were lost by the BOP" when he was transferred from one federal correctional institution to another (id.). The second FOIA request relates to plaintiff's letter, dated July 13, 2007, requesting copies of any records "connected to his parole hearing conducted on May 21, 2007" (id., Count II, ¶ 1).

2.  Since the filing of this lawsuit, the parties have continued to attempt to resolve issues relating to plaintiff's two FOIA requests through the administrative process. Specifically, by letter dated December 20, 2007, defendant produced 2712 documents to plaintiff, notwithstanding a dispute over the $10.30 balance due on the request. Defendant also disclosed that documents contained in the USPC files were referred to six different originating agencies. Plaintiff filed an administrative appeal, by letter dated December 26, 2007, and paid the disputed fee by check received by the defendant on January 2, 2008. By letter dated February 8, 2008, defendant responded to plaintiff's appeal letter and disclosed several pages of documents that had been

previously withheld. Defendant also provided 71 pages of documents that had been referred to CSOSA, one of the originating agencies. Two of the originating agencies have indicated that they sent a response directly to plaintiff. To date, there are three outstanding referrals, the FBI, BOP, and EOUSA.

      3.      Defendant requests a 30-day extension of time, rather than filing a motion for partial summary judgment, because we believe that it furthers the interests of judicial efficiency for the defendant to file a single motion for summary judgment and opposition to plaintiff's motion for partial summary judgment.[1]

WHEREFORE, Defendant, United States Parole Commission, respectfully requests an enlargement of time of 30 days to file an answer or otherwise respond to the complaint and to respond to Plaintiff Michael Antonelli's motion for partial summary judgment. A proposed Order is submitted herewith.

---

[1] If the Court should disagree and prefers that the defendant file a motion for partial summary judgment at this time, we would request a brief extension of time to prepare this motion, and would also need an extension of time to move for summary judgment on the remaining referral documents.

Respectfully submitted,


   /s/
JEFFREY A. TAYLOR, D.C. Bar # 498610
United States Attorney


   /s/
RUDOLPH CONTRERAS, D.C. Bar # 434122
Assistant United States Attorney


   /s/
JOHN G. INTERRANTE
PA Bar # 61373
Assistant United States Attorney
Civil Division, Room E-4806
555 4th Street, N.W.
Washington, D.C. 20530
(202) 514-7220
(202) 514-8780 (fax)
John.Interrante@usdoj.gov

## **CERTIFICATE OF SERVICE**

I hereby certify that a copy of the foregoing was served by First-Class mail, postage prepaid to:

>MICHAEL C. ANTONELLI,
>No. 040053-164
>Federal Correctional Institution
>Box 4000
>Manchester, Kentucky 40962

on this 28th day of February, 2008.

>\_\_\_\_/s/_____
>JOHN G. INTERRANTE
>Assistant United States Attorney

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| **MICHAEL C. ANTONELLI,** | ) | |
| Plaintiff, | ) ) ) | |
| v. | ) ) | Civil Action No. 07-1932 (CKK) |
| **UNITED STATES PAROLE COMMISSION,** | ) ) ) ) | |
| Defendant. | ) ) | |

### ORDER

Upon Consideration of Defendant's Third Motion for Extension of Time to Answer or Otherwise Respond to the Complaint and Second Motion for an Extension of Time to Respond to Plaintiff's Motion for Partial Summary Judgment, and the entire record herein, it is hereby **ORDERED** that the motion is **GRANTED**.

It is further **ORDERED** that the defendant shall file an answer or otherwise respond to the complaint, and also file an opposition to Plaintiff's motion for partial summary judgment, by March 31, 2008.

It is **SO ORDERED** this _____ day of _____, 2008.

 

Colleen Kollar-Kotelly
United States District Judge