UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

MICHAEL C ANTONELLI,            )
                                )
            Plaintiff,          )
                                )
      v                         )   Case No. 07-1932 (CKK)
                                )
UNITED STATES PAROLE COMMISSION,)
                                )
            Defendant.          )

NOTICE OF CHANGE OF ADDRESS

NOW COMES, Plaintiff, MICHAEL ANTONELLI, Pro Se, and notifies all concerned of his new address as follows:

MICHAEL ANTONELLI, Pro Se
No. 04053-164
Federal Correctional Institution
Box 34550
Memphis, Tennessee  31884

CERTIFICATE OF SERVICE

I, MICHAEL ANTONELLI, after having been duly sworn and under oath, hereby depose and state that on this day I mailed a copy of this notice to the USA @ 555 4th St, NW in Washington, D.C.  20530.

Executed this 3rd day of March, 2008.

By /s/ Michael Antonelli
Michael Antonelli, Affiant

(28 USC Section 1746)

RECEIVED

MAR 0 7 2008

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT