UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MICHAEL C. ANTONELLI, | ) |
| Plaintiff, | ) ) ) |
| v. | ) Civil Action No. 07-1932 (CKK) |
| UNITED STATES PAROLE COMMISSION, | ) ) ) ) |
| Defendant. | ) ) |

**DEFENDANT'S MOTION FOR EXTENSION OF TIME TO ANSWER
OR OTHERWISE RESPOND TO THE COMPLAINT AND MOTION FOR
EXTENSION OF TIME TO RESPOND TO PLAINTIFF'S MOTION
FOR PARTIAL SUMMARY JUDGMENT**

Defendant, United States Parole Commission ("USPC"), respectfully requests an extension of time of two weeks to, and including, May 14, 2008, in which to file an answer or otherwise respond to the complaint (Document 1), filed on October 25, 2007, which arises under the Freedom of Information Act ("FOIA"), 5 U.S.C. § 552, as amended.  Because this is a FOIA case, defendant expects to file a motion for summary judgment because no responsive non-exempt documents have been improperly withheld.  Defendant's response is due April 30, 2008, by prior Order of the Court. During the current briefing schedule, undersigned counsel has been (and is still) dealing with complications arising from a recent illness, and requires a brief extension of time to complete defendant's dispositive motion.  Because plaintiff is incarcerated and proceeding pro se, we have not endeavored to ascertain plaintiff's position with respect to this motion, as LCvR 7(m) is inapplicable in this case.

Defendant further requests a similar extension of time to respond to plaintiff's motion for partial summary judgment (Document 12), which was filed on December 4, 2007, and alleges that

plaintiff has received no documents in response to his FOIA requests submitted to the USPC. To the contrary, undersigned counsel has confirmed that defendant and the six originating agencies have now disclosed to plaintiff all non-exempt USPC documents in plaintiff's parole records dating back to 1978. This process was completed since the last extension request. For example, the Bureau of Prisons sent plaintiff 329 pages of unredacted documents yesterday, upon receipt of payment from plaintiff. Undersigned counsel has also completed his consultation with USPC and the originating agencies, and expects to have the remaining declaration by the end of this week.[1]

WHEREFORE, Defendant, United States Parole Commission, respectfully requests an enlargement of time of two weeks to file an answer or otherwise respond to the complaint and to respond to Plaintiff Michael Antonelli's motion for partial summary judgment. A proposed Order is submitted herewith.

---

[1] Undersigned counsel will make every effort to file the dispositive motion prior to the requested deadline.

Respectfully submitted,


  /s/
JEFFREY A. TAYLOR, D.C. Bar # 498610
United States Attorney


  /s/
RUDOLPH CONTRERAS, D.C. Bar # 434122
Assistant United States Attorney


  /s/
JOHN G. INTERRANTE
PA Bar # 61373
Assistant United States Attorney
Civil Division, Room E-4806
555 4th Street, N.W.
Washington, D.C. 20530
(202) 514-7220
(202) 514-8780 (fax)
John.Interrante@usdoj.gov

**CERTIFICATE OF SERVICE**

      I hereby certify that a copy of the foregoing was served by First-Class mail, postage prepaid to:

      MICHAEL C. ANTONELLI,
      No. 040053-164
      Federal Correctional Institution
      Box 34550
      Memphis, Tennessee 31884

on this 29th day of April, 2008.

                                        ____/s/_____
                                        JOHN G. INTERRANTE
                                        Assistant United States Attorney

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| **MICHAEL C. ANTONELLI,** | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil Action No. 07-1932 (CKK) |
| | ) | |
| **UNITED STATES** | ) | |
| **PAROLE COMMISSION,** | ) | |
| | ) | |
| Defendant. | ) | |

## ORDER

Upon Consideration of Defendant's Motion for Extension of Time to Answer or Otherwise Respond to the Complaint and Motion for an Extension of Time to Respond to Plaintiff's Motion for Partial Summary Judgment, and the entire record herein, it is hereby **ORDERED** that the motion is **GRANTED**.

It is further **ORDERED** that the defendant shall file an answer or otherwise respond to the complaint, and also file an opposition to Plaintiff's motion for partial summary judgment, by May 14, 2008.

It is **SO ORDERED** this _____ day of _____, 2008.

_____
Colleen Kollar-Kotelly
United States District Judge