UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **MICHAEL C. ANTONELLI,** )<br>)<br>**Plaintiff** )<br>)<br>v. )<br>)<br>**UNITED STATES** )<br>**PAROLE COMMISSION,** )<br>)<br>**Defendant.** )<br>) | Case No: 07-1932 (CKK) |

**NOTICE OF SUBSTITUTION OF COUNSEL**

The Clerk of the Court will please enter the appearance of Cindy S. Owens, Special Assistant United States Attorney, and remove the appearance of John G. Interrante, Assistant United States Attorney, as counsel for Defendant.

Respectfully submitted,

/s/
Cindy S. Owens, D.C. BAR #491465
Special Assistant United States Attorney
555 Fourth St., N.W.
Room E4112
Washington, D.C. 20530
(202) 616-2257
cindy.owens@usdoj.gov

**CERTIFICATE OF SERVICE**

      I hereby certify that, on this 7th day of May, 2008, a copy of the foregoing was served by First-Class mail, postage prepaid to:

MICHAEL ANTONELLI
04053-164
Federal Correctional Institution
P.O. Box 34550
Memphis, Tennessee 31884

                                    /s/
                              Cindy S. Owens, D.C. BAR #491465
                              Special Assistant United States Attorney
                              555 Fourth St., N.W.
                              Room E4112
                              Washington, D.C. 20530
                              (202) 616-2257
                              cindy.owens@usdoj.gov