UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MICHAEL C. ANTONELLI, )<br>)<br>Plaintiff )<br>v. )<br>)<br>UNITED STATES )<br>PAROLE COMMISSION, )<br>)<br>Defendant. )<br>) | Case No: 07-1932 (CKK) |

**DEFENDANT'S SIXTH MOTION FOR
AN EXTENSION OF TIME**

Defendant, United States Parole Commission ("USPC") respectfully requests the Court to grant an extension of time of 30 days to, and including June 13, 2008, to file its answer or otherwise respond to the complaint (Document 1) and respond to plaintiff's motion for partial summary judgment (Document 12). The current deadline for Defendants to file this Motion is May 14, 2008.[1]

Defendant has good cause to seek a one month extension of time. The undersigned counsel was recently assigned this case because Assistant United States Attorney John Interrante, due to medical reasons, is on an extended leave of absence.[2] The undersigned counsel was

---

[1] Local Civil Rule 7(m) requires "counsel" to discuss nondispositive motions with "opposing counsel." It does not require counsel to discuss those motions with incarcerated pro se parties. Consequently, Local Civl Rule 7(m) does not apply to this Motion.

[2] Assistant United States Attorney John Interrante, as the Court is aware, had been dealing with complications arising from an illness requiring him to file the Fifth Motion for Extension of Time. The prior requests for extensions of time were required due to counsel being recently assigned the case and in order to coordinate the response of the multiple Department of Justice components involved in this case. The multiple components involved in the case are the result of the multiple referrals made to the originating agency. (Documents 17 and 20).

assigned a number of cases with pending matters, and will need additional time to review the case files and confer and consult with agency counsel prior to responding the complaint and the plaintiff's motion for partial summary judgement.   The undersigned has neither had the opportunity to confer with agency counsel, nor completed the process of reviewing all the facts and legal issues involved in this case.

For these reasons, the Court should grant an extension of time of 30 days to, and including June 13, 2008, for Defendants to file the answer or otherwise respond to the complaint and respond to plaintiff's motion for partial summary judgment.

Dated: March 8, 2008.                    Respectfully Submitted,


                                         /s/
                                         JEFFREY A. TAYLOR, D.C. BAR #498610
                                         United States Attorney

                                         /s/
                                         RUDOLPH CONTRERAS, D.C. BAR #434122
                                         Assistant United States Attorney

                                         /s/
                                         CINDY OWENS, D.C. BAR #491465
                                         Special Assistant United States Attorney
                                         555 Fourth Street, N.W.
                                         Washington, D.C.  20530
                                         (202) 616-2257
                                         cindy.owens@usdoj.gov

                                         Attorneys for Defendant

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

_____
MICHAEL C. ANTONELLI,            )
                                 )
            Plaintiff            )
      v.                         )    Case No: 07-1932 (CKK)
                                 )
UNITED STATES                    )
PAROLE COMMISSION,               )
                                 )
            Defendant.           )
_____)

**ORDER**

    Upon consideration of Defendant's Motion for an Extension of Time, it is hereby ordered that the motion is granted.  Defendant may file its answer or otherwise respond to the complaint and respond to plaintiff's motion for partial summary judgment on or before June 13, 2008.


                                        _____
                                        UNITED STATES DISTRICT JUDGE

Dated: _____, 2008

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MICHAEL C. ANTONELLI, | ) |
| Plaintiff, | ) |
| v. | ) Case No: 07-1932 (CKK) |
| UNITED STATES PAROLE COMMISSION, | ) |
| Defendant. | ) |

## CERTIFICATE OF SERVICE

I hereby certify that the Defendant's Motion for an Extension of Time has been served on this May 8, 2008, by first class U.S. mail, postage pre-paid to:

MICHAEL C. ANTONELLI
No. 040053-164
Federal Correctional Institution
Box 34550
Memphis, Tennessee 31884

/s/
CINDY OWENS, D.C. BAR #491465
Special Assistant United States Attorney
555 Fourth Street, N.W.
Washington, D.C. 20530
(202) 616-2257
cindy.owens@usdoj.gov