UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MICHAEL C. ANTONELLI, </br></br> Plaintiff </br></br> v. </br></br> UNITED STATES </br> PAROLE COMMISSION, </br></br> Defendant. | Case No: 07-1932 (CKK) |

**DEFENDANT'S MOTION FOR A FURTHER**
**EXTENSION OF TIME**

Defendant, United States Parole Commission ("USPC") respectfully requests the Court to grant a further extension of time of 14 days to and including June 27, 2008, to file its answer or otherwise respond to the complaint (Document 1) and respond to Plaintiff's motion for partial summary judgment (Document 12). The current deadline for Defendants to file this Motion is June 13, 2008.[1]

Defendant has good cause to seek a two week extension of time. The undersigned counsel has had an unforseen family obligation occur the week of June 9 and is still working with agency counsel to finalize Defendant's response. Defendant expects to file the response no later than June 27, 2008.

For these reasons, the Court should grant an extension of time of 14 days to, and including June 27, 2008, for Defendants to file the answer or otherwise respond to the complaint and respond to Plaintiff's motion for partial summary judgment.

---

[1] Local Civil Rule 7(m) requires "counsel" to discuss nondispositive motions with "opposing counsel." It does not require counsel to discuss those motions with incarcerated pro se parties. Consequently, Local Civl Rule 7(m) does not apply to this Motion.

Dated: June 6, 2008.					Respectfully Submitted,

					_____/s/_____
					JEFFREY A. TAYLOR, D.C. BAR # 498610
					United States Attorney

					_____/s/_____
					RUDOLPH CONTRERAS, D.C. BAR #  434122
					Assistant United States Attorney

					_____/s/_____
					CINDY S. OWENS, D.C. BAR # 491465
					Special Assistant United States Attorney
					United States Attorney's Office
					555 4th Street, N.W.
					Washington, D.C. 20530
					202-616-2257(phone)/202-514-8780 (fax)
					cindy.owens@usdoj.gov

## CERTIFICATE OF SERVICE

I hereby certify that the Defendant's Motion for an Extension of Time has been served on this June 6, 2008, by first class U.S. mail, postage pre-paid to:

MICHAEL C. ANTONELLI
No. 040053-164
Federal Correctional Institution
Box 34550
Memphis, Tennessee 31884

                                        /s/
                                CINDY OWENS, D.C. BAR #491465
                                Special Assistant United States Attorney
                                555 Fourth Street, N.W.
                                Washington, D.C.  20530
                                (202) 616-2257
                                cindy.owens@usdoj.gov

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

_____
MICHAEL C. ANTONELLI,              )
                                   )
              Plaintiff            )
       v.                          )      Case No: 07-1932 (CKK)
                                   )
UNITED STATES                      )
PAROLE COMMISSION,                 )
                                   )
              Defendant.           )
_____)

# ORDER

     Upon consideration of Defendant's Motion for an Extension of Time, it is hereby ordered that the motion is granted. Defendant may file its answer or otherwise respond to the complaint and respond to plaintiff's motion for partial summary judgment on or before June 27, 2008.

                                                                                 _____
                                                                                 UNITED STATES DISTRICT JUDGE

Dated: _____, 2008