UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MICHAEL C. ANTONELLI,              )<br>                                                      )<br>           Plaintiff                         )<br>      v.                                          )     Case No: 07-1932 (CKK)<br>                                                      )<br>UNITED STATES                        )<br>PAROLE COMMISSION,         )<br>                                                      )<br>           Defendant.                    )<br>                                                      ) | |

**DEFENDANT'S MOTION FOR A FURTHER
EXTENSION OF TIME**

Defendant, United States Parole Commission ("USPC"), respectfully requests the Court to grant a further extension of time of 7 days to and including July 3, 2008, to file its answer or otherwise respond to the complaint (Document 1) and respond to Plaintiff's motion for partial summary judgment (Document 12). The current deadline for Defendant to file its responses is June 27, 2008.[1] Defendant is aware that this Court normally expects motions seeking extensions of time to be filed four days in advance of the deadline, however, Defendant has good cause for submitting this extension request and for requesting a one-week extension at this time.

Defendant's counsel expected to meet the current filing deadline, and Defendant's brief in opposition to Plaintiff's motion and in support of a cross-motion by Defendant is substantially complete. While completing Defendant's brief earlier today, undersigned counsel discovered some apparent inconsistencies in the accompanying exhibits that will be filed with the brief. Undersigned counsel needs the assistance of agency counsel to investigate and address, as

---

[1] Local Civil Rule 7(m) requires "counsel" to discuss nondispositive motions with "opposing counsel." It does not require counsel to discuss those motions with incarcerated pro se parties. Consequently, Local Civl Rule 7(m) does not apply to this Motion.

appropriate, the inconsistencies; however, the agency counsel assigned to this case is out on annual leave until June 30, 2008, and the alternate agency counsel is currently unavailable as well. It is necessary to resolve these inconsistencies to insure that Defendant's brief is complete and accurate. Accordingly, a brief extension of time is requested to enable Defendant's counsel to consult further with agency counsel after agency counsel returns to work next week.

For these reasons, the Court should grant an extension of time of 7 days to, and including July 3, 2008, for Defendant to file the answer or otherwise respond to the complaint and respond to Plaintiff's motion for partial summary judgment.

Dated: June 26, 2008.                                  Respectfully Submitted,

                                                /s/
                                    JEFFREY A. TAYLOR, D.C. BAR # 498610
                                    United States Attorney

                                                /s/
                                    RUDOLPH CONTRERAS, D.C. BAR # 434122
                                    Assistant United States Attorney

                                                /s/
                                    CINDY S. OWENS, D.C. BAR # 491465
                                    Special Assistant United States Attorney
                                    United States Attorney's Office
                                    555 4th Street, N.W.
                                    Washington, D.C. 20530
                                    202-616-2257(phone)/202-514-8780 (fax)
                                    cindy.owens@usdoj.gov

## CERTIFICATE OF SERVICE

I hereby certify that the Defendant's Motion for an Extension of Time has been served on this June 26, 2008, by first class U.S. mail, postage pre-paid to:

MICHAEL C. ANTONELLI
No. 040053-164
Federal Correctional Institution
Box 34550
Memphis, Tennessee 31884


                                                     /s/
                                  CINDY OWENS, D.C. BAR #491465
                                  Special Assistant United States Attorney
                                  555 Fourth Street, N.W.
                                  Washington, D.C.  20530
                                  (202) 616-2257
                                  cindy.owens@usdoj.gov

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MICHAEL C. ANTONELLI,<br><br>　　　　Plaintiff<br>　　v.<br><br>UNITED STATES<br>PAROLE COMMISSION,<br><br>　　　　Defendant. | )<br>)<br>)<br>)　Case No: 07-1932 (CKK)<br>)<br>)<br>)<br>)<br>)<br>) |

**ORDER**

　　Upon consideration of Defendant's Motion for an Extension of Time, it is hereby ordered that the motion is granted. Defendant may file its answer or otherwise respond to the complaint and respond to plaintiff's motion for partial summary judgment on or before July 3, 2008.

　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE

Dated: _____, 2008