UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **MCHAEL C. ANTONELLI,** )<br>)<br>Plaintiff, )<br>v. )<br>)<br>**UNITED STATES** )<br>**PAROLE COMMISSION,** )<br>)<br>Defendant. )<br>) | Case No: 07-1932 (CKK) |

### NOTICE OF FILING UNDER SEAL

Pursuant to Fed. R. Civ. P. 5(d)(1), the purpose of this notice is to inform the Court that Defendant's Exhibit D, (an attachment to the David Hardy Declaration, part of Defendant's Motion for Summary Judgment and Opposition to Plaintiff's Partial Motion for Summary Judgment, Dkts. 25, 26) is being filed under seal in accordance with Local Rule 5.4(f). Plaintiff was served Exhibit D on Thursday, July 3, 2008. Defendant's Exhibit D contains Plaintiff's personally identifiable information such as his birthdate and social security number, thus this Exhibit is being filed under seal in accordance with Local Rule 5.4(f).

___/s/_____
CINDY S. OWENS, D.C. BAR #491465
Special Assistant United States Attorney
555 4th St., NW
Washington, D.C. 20530
(202) 514-2257
cindy.owens@usdoj.gov

## CERTIFICATE OF SERVICE

I hereby certify that the Defendant's Notice of Filing Under Seal has been served on July 7, 2008, by first class U.S. mail, postage pre-paid to:

>MICHAEL C. ANTONELLI
>R04053-164
>MEMPHIS
>FEDERAL CORRECTIONAL INSTITUTION
>Inmate Mail/Parcels
>P.O, BOX 34550
>MEMPHIS, TN 38134

_____/s/_____
CINDY S. OWENS, D.C. BAR #491465
Special Assistant United States Attorney
555 Fourth St., N.W.
Room E4112
Washington, D.C. 20530
(202) 616-2257
cindy.owens@usdoj.gov