UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MCHAEL C. ANTONELLI,         ) | |
| )  | |
| Plaintiff,         ) | Case No: 07-1932 (CKK) |
| v.         ) | |
| ) | |
| UNITED STATES         ) | |
| PAROLE COMMISSION,         ) | |
| ) | |
| Defendant.         ) | |
| ) | |

## NOTICE OF FILING

As was done in the related case, Civil No. 04-1180-CKK (D.D.C.), Defendant, United States Parole Commission, through the undersigned counsel, hereby provides Notice that it has filed on July 14, 2008, *in camera* and *ex parte* a declaration to supplement its Opposition, Motion to Dismiss and Motion for Summary Judgment, filed on July 3, 2008.

July 14, 2008                Respectfully Submitted,

/s/
JEFFREY A. TAYLOR, D.C. BAR # 498610
United States Attorney

/s/
RUDOLPH CONTRERAS, D.C. BAR # 434122
Assistant United States Attorney

/s/
CINDY S. OWENS, D.C. BAR # 491465
Special Assistant United States Attorney
United States Attorney's Office
555 4th Street, N.W.
Washington, D.C. 20530
202-616-2257(phone)/202-514-8780 (fax)
cindy.owens@usdoj.gov

## CERTIFICATE OF SERVICE

I hereby certify that the Defendant's Notice of Filing *in camera* and *ex parte* has been served on July 14, 2008, by first class U.S. mail, postage pre-paid to:

MICHAEL C. ANTONELLI
R04053-164
MEMPHIS
FEDERAL CORRECTIONAL INSTITUTION
Inmate Mail/Parcels
P.O, BOX 34550
MEMPHIS, TN 38134

_____/s/_____
CINDY S. OWENS, D.C. BAR #491465
Special Assistant United States Attorney
555 Fourth St., N.W.
Room E4112
Washington, D.C. 20530
(202) 616-2257
cindy.owens@usdoj.gov