UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

MICHAEL ANTONELLI,            )
                              )
            Plaintiff,        )
                              )  CASE No. 07-CV-1932 (ckk)
        v                     )
                              )
UNITED STATES PAROLE COMMISSION,)
                              )
            Defendant.        )

## MOTION FOR EXTENSION OF TIME TO RESPOND/REPLY

   NOW COMES, Plaintiff, MICHAEL ANTONELLI, Pro Se, and moves this Court for an extension of time within to traverse the Parole Commission's dispositive motion up to and including September 1, 2008. In support, he states:

1. Plaintiff is unable to respond/reply to the Parole Commission's importunings until September 1, 2008.

2. This Court should therefore allow plaintiff up to and including September 1, 2008 to file his traverses.

3. In all fairness, this Court will allow same.

WHEREFORE, Plaintiff prays for an extension up to and including September 1, 2008 to file his traverse to the Parole Commission's importunings.

Respectfully Submitted this 14th day of July, 2008.

                              By /s/ Michael Antonelli
                              MICHAEL ANTONELLI, Pro Se
                              No. 04053-164
                              Federal Correctional Institution
                              Box 34550
                              Memphis, Tennessee
                                              38134

## CERTIFICATE OF SERVICE

   I, MICHAEL ANTONELLI, after having been duly sworn and under oath, hereby depose and state that on this day I mailed a copy of this motion to the USA @ 555 4th Street, NW in Washington, D.C. 20530.

Executed this 14th day of July, 2008.

                              By /s/ Michael Antonelli
(28 USC Section 1746)           Michael Antonelli, Affiant

RECEIVED
JUL 17 2008
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT