UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

RECEIVED

JUL 3 1 2008

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

MICHAEL C. ANTONELLI,          )
                               )
                   Plaintiff,  )
                               )
             v                 )    Case No. 07-1932 (CKK)
                               )
UNITED STATES PAROLE COMMISSION,)
                               )
                   Defendant.  )

## OBJECTION TO ANY SUBMISSION IN-CAMERA AND Ex-PARTE BY GOVERNMENT VIA AFFIDAVIT OR DECLARATION

NOW COMES Plaintiff, MICHAEL ANTONELLI, Pro Se, and vehemently objects to the Parole Commission submission of any declaration in-camera and ex-parte unless Plaintiff receives a copy of what is submitted.

Respectfully Submitted this 24th day of July, 2008.

By _____
MICHAEL ANTONELLI, Pro Se
No. 04053-164; Box 34550
Federal Correctional Institution
Memphis, Tennessee
                    38134

## CERTIFICATE OF SERVICE

I, MICHAEL ANTONELLI, after having been duly sworn and under oath, hereby depose and state that on this day I mailed a copy of this Objection to the USA @ 555 4th Street, NW in Washington, D. C. 20530.

Executed this 24th day of July, 2008.

By _____
Michael Antonelli, Affiant

(28 USC Section 1746)