UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

MICHAEL ANTONELLI,            )
                              )
        Plaintiff,            )
                              )
    v                         )    CASE No. 07-1932 (CKK)
                              )
UNITED STATES PAROLE COMMISSION,)
                              )
        Defendant.            )

RECEIVED
AUG 18 2008
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

MOTION FOR RELIEF FROM JUDGEMENT

    NOW COMES Plaintiff MICHAEL ANTONELLI and asks for relief from the order denying him summary judgement. In support, he states:

1.  Plaintiff specifically asked for an extension of time within which to respond to the USPC's motion for summary judgement and motion to dismiss, and to reply to their response to his dispositive motion. He asked for an extension to August 1, 2008.

2.  The Court ruled without addressing that motion.

3.  Plaintiff has been denied due process of law. He now has no opportunity to traverse the Government's motion. Instead the Court simply ruled without the benefit of his traverse that he particularly asked for.

4.  He asks that the Order denying summary judgement be vacated and that he be allowed to have his say.

WHEREFORE, Plaintiff prays for relief from the Order of August 4, 2008.

Respectfully Submitted this __12th__ day of August, 2008.

By __/s/ Michael Antonelli__
MICHAEL ANTONELLI, Pro Se
No. 04053-164; Box 34550
Federal Correctional Institution
Memphis, TN  38134

CERTIFICATE OF SERVICE

    I, MICHAEL ANTONELLI, after having been duly sworn and under oath, hereby depose and state that on this day I mailed a copy of this motion to the USA @ 555 4th St., NW in Washington, D.C. 20530.

Executed this __12th__ day of August, 2008.

By __/s/ Michael Antonelli__
Michael Antonelli, Affiant

(28 USC Section 1746)