UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

MICHAEL ANTONELLI, )
)
            Plaintiff, )
)
v )  Case No. 07-1932 (CKK)
)
UNITED STATES PAROLE COMMISSION, )
)
            Defendant. )

**RECEIVED AUG 28 2008**
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

## MOTION FOR JUDGEMENT AS TO USPC RULES & PROCEDURES MANUAL

    MICHAEL ANTONELLI asks that the Court Order the USPC to provide him with the Parole Commission Rules and Procedures Manual that he paid for in 2007.
    In plaintiff's STATEMENT OF MATERIAL FACTS NOT IN GENUINE DISPUTE at numbers 25, 26, and 27 the plaintiff brought out the fact that he asked for a copy of the manual, paid for it, and and sent the $12 payment long ago.
    In Defendant's Response they wholly admitted the entirety of Nos. 25, 26 and 27. Therefore, there is no dispute. USPC has been sent the money. They received it. And they never yet sent to manual to plaintiff. Plaintiff has waited one year for the manual.

    Plaintiff asks for an order compelling USPC to provide the manual to him at once.

Respectfully Submitted this 24th day of August, 2008.

By _____
MICHAEL ANTONELLI, Pro Se
No. 04053-164; Box 34550
Memphis, TN 38134

## CERTIFICATE OF SERVICE

    I, MICHAEL ANTONELLI, aftyer having been duly sworn and under oath, hereby depose and state that on this day I mailed a copy of this motion to the USA @ 555 4th St NW in Washington, DC 20530.
Executed this 24th day of August, 2008.

By _____
Michael Antonelli, Affiant

(28 USC section 1746)